| | |
|---|---|
| 1 | Lori M. Bemis, WSBA #32921 |
| 2 | McGAVICK GRAVES, P.S.<br>1102 Broadway, Suite 500 |
| 3 | Tacoma, WA 98402<br>(253)627-1181 | (253) 627-2247 |
| 4 | lmb@mcgavick.com |
| 5 | Robert V. Cornish, Jr. (PHV)<br>LAW OFFICES OF ROBERT V. CORNISH, JR., PC |
| 6 | 680 South Cache Street, Suite 100<br>Jackson, WY 83001 |
| 7 | (307)264-0535 | (571) 290-6052<br>rcornish@rcornishlaw.com |

UNITED STATES DISTRICT COURT<br>
WESTERN DISTRICT OF WASHINGTON<br>
SEATTLE DIVISION

| | | |
|---|---|---|
| ZHENG JIN, SUHAO ZHANG, JUNLING ZHANG, and GUIYAN LI, on behalf of themselves and all others similarly situated, | | Case No. 2:25-cv-00754-BAT |
| Plaintiffs, | | REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT YMG GLOBAL IMMIGRATION CONSULTING GROUP CO. LTD. |
| v. | | |
| MIN ZHANG CHRIST, an individual, and YMG GLOBAL IMMIGRATION CONSULTING GROUP CO. LTD., a foreign company formed under the laws of Hong Kong, | | **NOTE ON MOTION CALENDAR: AUGUST 13, 2025** |
| Defendants. | | |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiffs Zheng Jin, Suhao Zhang, Junling Zhang, and Guiyan Li ("Plaintiffs") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant YMG Global Immigration Consulting Group Co. Ltd. ("YMG"), a foreign company formed under

REQUEST FOR CLERK'S DEFAULT OF YMG<br>
Page 1 of 2<br>
Case No. 2:25-cv-00754- BAT

Law Offices of Robert V. Cornish, Jr., PC<br>
680 South Cache Street, Suite 100, PO Box 12200<br>
Jackson, WY 83001<br>
Tel: (307) 264-0535

the laws of Hong Kong, on the ground that YMG has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. In support of its request, Plaintiff states as follows:

Plaintiff served the Complaint, its accompanying exhibits, and Summons on Defendant YMG on May 20, 2025. *See* ECF No. 5. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the date for Defendant YMG to answer or otherwise respond to the Complaint in this matter was June 10, 2025. The time allowed by law for responding has expired. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk must enter a party's default when the failure of a party to plead or otherwise defend is shown.

DATED this 13th day of August 2025.

LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.

By: */s/ Robert V. Cornish, Jr.*
ROBERT V. CORNISH, JR.
rcornish@rcornishlaw.com
680 South Cache Street, Suite 100
PO Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
*Attorneys for Plaintiffs*

REQUEST FOR CLERK'S DEFAULT OF YMG
Page 2 of 2
Case No. 2:25-cv-00754- BAT

Law Offices of Robert V. Cornish, Jr., PC
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001
Tel: (307) 264-0535