UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ZHENG JIN, SUHAO ZHANG, JUNLING ZHANG, and GUIYAN LI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIN ZHANG CHRIST, an individual, and YMG GLOBAL IMMIGRATION CONSULTING GROUP CO. LTD., a foreign company formed under the laws of Hong Kong,<br><br>Defendants. | Case No. 2:25-cv-00754-BAT<br><br>[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT YMG GLOBAL IMMIGRATION CONSULTING GROUP CO. LTD. |

It appearing from the record that the Summons and Complaint were properly served upon Defendant YMG Global Immigration Consulting Group Co. Ltd., and that this defendant has failed to answer, or otherwise plead; and that the time for filing such answer or other pleading has expired and that this defendant is now in default.

NOW THEREFORE default is entered against YMG Global Immigration Consulting Group Co. Ltd.

//

CLERK'S ENTRY OF DEFAULT OF YMG
Page 1 of 2
Case No. 2:25-cv-00754- BAT

Law Offices of Robert V. Cornish, Jr., PC
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001
Tel: (307) 264-0535

1  DONE IN OPEN COURT this ___ day of August 2025.

2

3

4                                      _____
                                     BRIAN A. TSUCHIDA
5                                      UNITED STATES MAGISTRATE JUDGE

CLERK'S ENTRY OF DEFAULT OF YMG        Law Offices of Robert V. Cornish, Jr., PC
Page 2 of 2        680 South Cache Street, Suite 100, PO Box 12200
Case No. 2:25-cv-00754- BAT        Jackson, WY 83001
       Tel: (307) 264-0535