HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHENG JIN, SUHAO ZHANG, JUNLING ZHANG, and GUIYAN LI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIN ZHANG CHRIST, an individual, and YMG GLOBAL IMMIGRATION CONSULTING GROUP CO. LTD., a foreign company formed under the laws of Hong Kong,<br><br>Defendants. | Case No. 2:25-cv-00754-RAJ<br><br>ORDER DIRECTING THE U.S. MARSHALS SERVICE TO SERVE DEFENDANT MIN ZHANG CHRIST |

ORDER - 1

1  Upon consideration of *Plaintiffs' Motion for Order Directing the U.S. Marshal to Serve Defendant Min Zhang Christ* (the "Motion," Dkt. # 11), the supporting Declaration of Robert V. Cornish, Jr. (Dkt. # 12), and the record, the Court finds good cause to grant the Motion. IT IS HEREBY ORDERED THAT:

   1. The Motion is GRANTED; and

   2. The U.S. Marshals Service of the Western District of Washington is ordered to serve Defendant Min Zhang Christ with the Summons (Dkt. # 4-1) and Complaint (Dkt. # 1) in this action.

   Dated this 18th day of November, 2025.

   _____
   The Honorable Richard A. Jones
   United States District Judge